

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLOBAL CONTAINER LINES, LTD. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-456 |
| | § | |
| INTERNATIONAL BUILDING SYSTEMS, LLC, ET AL | § | |
| | § | |
| Defendants. | § | |

## ORDER TO DISMISS ON BANKRUPTCY NOTICE

This case was filed on February 5, 2004. Following an order granting the Parties' Joint Motion to Dismiss Original Claims, Cross-Claims and Counter-Claims on February 23, 2006 (document no. 86), and the Court's ruling on Morgan Portable Building Contractor's Motion for Summary Judgment (document no. 97), the only remaining claims to be tried were the cross claims between International Building Systems and Fluor. A suggestion of bankruptcy has been filed in this cause by International Building Systems, stating that International Modular & Panel Building Systems, a.k.a. International Building Systems, has filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case 06-34568. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, for administrative reasons, this case is DISMISSED without prejudice.

Third Party Plaintiffs may reinstate this case upon notice to this Court of the discontinuance of the stay pursuant to 11 U.S.C. §362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued. A copy of this Order shall accompany any such notice.

The Clerk will enter this Order and notify all parties.

Signed at Houston, Texas, September 28, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE